

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00178-CV

| | | |
|---|---|---|
| Kenneth Russell and Teresa Russell | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2013-001970-2) |
| v. | § | April 16, 2015 |
| State of Texas and Tarrant County, Texas | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Kenneth Russell and Teresa Russell's application for temporary injunction is affirmed.

It is further ordered that Appellants Kenneth Russell and Teresa Russell shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
      Justice Anne Gardner